# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VASQUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>T. FELKER WARDEN,<br><br>    Respondent | 1:08-CV-0662 AWI WMW HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION**<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DISMISSING ACTION**<br><br>(Document #15) |

Petitioner is a proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 4, 2008, the Magistrate Judge filed Findings and Recommendations, recommending that Respondent's motion to dismiss be granted and the petition be dismissed because it was filed beyond 28 U.S.C. § 2244(d)'s one year statute of limitations. The Findings and Recommendations gave notice that the parties could file objections within thirty days.

No objections the Findings and Recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 4, 2008, are ADOPTED IN FULL;
2. Respondent's motion to dismiss is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **March 16, 2009**  /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE